KANSAS CITY SOUTHERN RAILWAY CO. *v.*
REILY, COLLECTOR OF REVENUE OF
LOUISIANA.

No. 918.   Decided June 18, 1962.

*W. Scott Wilkinson, Milton W. Schober* and *Pike
Hall, Jr.* for appellant.

*Emmett E. Batson* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.   See
*National Leather Co.* v. *Massachusetts,* 277 U. S. 413.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.

CEPERO *v.* PUERTO RICO ET AL.

No. 1336, Misc.   Decided June 18, 1962.

PER CURIAM.

The appeal is dismissed.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.